**Dismissed and Memorandum Opinion filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00030-CV

---

## SHEILA G. WILSON, Appellant

## V.

## TEXAS DEPARTMENT OF AGING & DISABILITY SERVICES AND BRENDA BROOKS, INDIVIDUALLY AND IN HER CAPACITY AS SUPERVISOR, Appellees

---

### On Appeal from the 334th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-41237

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed October 1, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On January 30, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison and McCally.